**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PHILLIP SILVAGNI,** | : | |
| Plaintiff | : | No. 1:15-cv-00813 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of the** | : | (Magistrate Judge Schwab) |
| **Social Security Administration,** | : | |
| Defendant | : | |

## ORDER

Before the Court in the above-captioned action is the September 12, 2016 Report and Recommendation of Magistrate Judge Schwab. (Doc. No. 9.) On September 29, 2016, Defendant filed a letter waiving the opportunity to object to the Report and Recommendation. (Doc. No. 10.) Accordingly, this 30th day of September, 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 9) of Magistrate Judge Schwab;

2. The decision of the Commissioner is **VACATED**, and Plaintiff Phillip Silvagni's claim is **REMANDED** to the Commissioner for a new administrative hearing pursuant to sentence four of 42 U.S.C. §405(g);

3. The Clerk of Court is directed to enter judgment is favor of Plaintiff Phillip Silvagni and against the Commissioner; and

4. The Clerk of Court is directed to close the case.

    s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania